# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crawford, Karen S. | U.S. District Court, Southern District of California | 09/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1010
San Diego, Ca. 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Board | Wallace Chapter, American Inn of Court |
| 2. | Member, President, Executive Board | Welsh Chapter, American Inn of Court |
| 3. | Member | Council of Visitors, California Western School of Law |
| 4. | Trustee | Trust No. 1 |
| 5. | Trustee | Trust No. 2 |
| 6. | Trustee | Trust Nos. 3, 4 |
| 7. | Custodian | Custodial Accounts, Nos. 1, 2 |
| 8. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Duane Morris LLP Retirememt Plan (former law firm); no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Duane Morris LLP | $65,340.91 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust Acct. No. 1 (Vanguard) | A | Interest | J | T | | | | | |
| 2. - Prime Money Mkt Fund | | | | | | | | | |
| 3. - Total International Stock Ix Admiral | | | | | | | | | |
| 4. - Total Stock Market Index Ammiral | | | | | | | | | |
| 5. Trust Acct. No. 2 (Vanguard) | A | Interest | O | T | | | | | |
| 6. - Ca. Tax Exempt Money Market | | | | | | | | | |
| 7. - Prime Money Market Fund | | | | | | | | | |
| 8. - Total International Stock Admiral | | | | | | | | | |
| 9. - Total Bond Market Index Adm | | | | | | | | | |
| 10. - Total Stock Market Index Adm | | | | | | | | | |
| 11. Custodial Acct. No. 1 (American Funds) | E | Interest | M | T | | | | | |
| 12. - Money Market Fund-529A | | | | | | | | | |
| 13. - Bond Fund of America-529A | | | | | | | | | |
| 14. - Capital World Growth and Income Fund-529A | | | | | | | | | |
| 15. - Growth Fund of America-529A | | | | | | | | | |
| 16. - Income Fund of America-529A | | | | | | | | | |
| 17. - Intermediate Bond Fund of America-529A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Investment Company of America-529A | | | | | | | | | |
| 19. - New Perspective Fund-529A | | | | | | | | | |
| 20. - New World Fund-529A | | | | | | | | | |
| 21. - SMALLCAP World Fund-529A | | | | | | | | | |
| 22. - Washington Mutual Investors Fund-529A | | | | | | | | | |
| 23. Custodial Acct.No. 2 (American Funds) | E | Interest | M | T | | | | | |
| 24. - New Growth Fund of America-529A | | | | | | | | | |
| 25. - New Perspective Fund-529A | | | | | | | | | |
| 26. - New World Fund 529A | | | | | | | | | |
| 27. - SMALLCAP World Fund-529A | | | | | | | | | |
| 28. - Investment Co of America-529A | | | | | | | | | |
| 29. - Capital World Growth and Income-529A | | | | | | | | | |
| 30. - Income Fund of America-529A | | | | | | | | | |
| 31. - Bond Fund of America-529A | | | | | | | | | |
| 32. - Intermediate Bond Fund-529A | | | | | | | | | |
| 33. Ca. Tax Exempt Money Market | A | Interest | M | T | | | | | |
| 34. TIAA/CREF IRA No. 1 | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - TIAA/CREF Traditional | | | | | | | | | |
| 36. - TIAA/CREF - CREF Global Equities | | | | | | | | | |
| 37. Retirement Account IRA No. 2 | E | Interest | M | T | | | | | |
| 38. - Dodge & Cox Balanced | | | | | | | | | |
| 39. Retirement Account IRA No. 3 | D | Interest | M | T | Exempt | | | | |
| 40. - Hotchkis and Wiley Large Cap Value | | | | | | | | | |
| 41. - Janus I | | | | | | | | | |
| 42. - Turner Large Growth Institutional | | | | | | | | | |
| 43. - Baron Growth Institutional | | | | | | | | | |
| 44. - Ivy Mid Cap Growth I | | | | | | | | | |
| 45. - Royce Opp. Svc. | | | | | | | | | |
| 46. - First Eagle Overseas A | | | | | | | | | |
| 47. - Janus Overseas I | | | | | | | | | |
| 48. - Dodge & Cox Balanced | | | | | | | | | |
| 49. - BlackRock Low Duration Bd Insititutional | | | | | | | | | |
| 50. - Metropolitan West Total Return Bond | | | | | | | | | |
| 51. - Schwab Value Advantage Monety Isstitutional | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Retirement Account IRA No. 4 | E | Interest | M | T | | | | | |
| 53. - S&P 500 TR Index | | | | | | | | | |
| 54. - Russell 2000 TR USD Index | | | | | | | | | |
| 55. Mass Mutual Life Ins. | A | Interest | J | T | | | | | |
| 56. ING Life Ins. | | None | J | T | | | | | |
| 57. Chase Cash Account | | None | L | T | | | | | |
| 58. Brokerage Account #1 | | | | | | | | | |
| 59. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | Buy (add'l) | 01/05/12 | J | | |
| 60. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 61. -CHK CHESAPEAKE ENERGY | A | Dividend | J | T | Buy | 7/17/12 | J | | |
| 62. -COSWF CANADIAN OIL SANDS TR | A | Dividend | | | Sold | 06/29/12 | J | | |
| 63. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 64. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | Buy | 04/05/12 | J | | |
| 65. -DELL DELL COMPUTER CORP | A | Dividend | J | T | | | | | |
| 66. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 67. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | Buy | 01/05/12 | J | | |
| 68. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MSFT Microsoft Corporation | A | Dividend | J | T | | | | | |
| 70. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/05/12 | J | | |
| 71. -PXD Pioneer Natural Resources Compa | A | Dividend | J | T | Buy | 7/10/12 | J | | |
| 72. Brokerage Account #2 | | | | | | | | | |
| 73. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 74. Brokerage Account #3 | | | | | | | | | |
| 75. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 76. Brokerage Account #4 | | | | | | | | | |
| 77. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | J | T | Buy (add'l) | 01/05/12 | J | | |
| 78. -BAM BROOKFIELD ASSET MGMT INC COM | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 79. -CHK CHESAPEAKE ENERGY | A | Dividend | J | T | Buy | 07/17/12 | J | | |
| 80. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 81. -COSWF CANADIAN OIL SANDS TR | A | Dividend | | | Sold | 06/29/12 | J | | |
| 82. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | Buy | 04/05/12 | J | | |
| 83. -DELL DELL COMPUTER CORP | A | Dividend | J | T | | | | | |
| 84. -DEO DIAGEO PLC-SPONSORED | A | Dividend | J | T | | | | | |
| 85. -GE GENERAL ELECTRIC CO | A | Dividend | J | T | Buy | 01/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -L LOEWS CORPORATION | A | Dividend | J | T | | | | | |
| 87. -MSFT Microsoft Corporation | A | Dividend | J | T | | | | | |
| 88. -NSRGY NESTLE SA SPONSORED | A | Dividend | J | T | Buy (add'l) | 01/05/12 | J | | |
| 89. Brokerage Account #5 | | | | | | | | | |
| 90. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 91. Brokerage Account #6 | | | | | | | | | |
| 92. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | J | T | | | | | |
| 93. Brokerage Account #7 | | | | | | | | | |
| 94. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 95. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 96. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | | | | | |
| 97. -CA ST Rev. Anticip. Note ( ▮▮▮ - municipal security | | None | L | T | Buy | 08/17/12 | L | | |
| 98. -COSWF CANADIAN OIL SANDS TR NEW UNIT | B | Dividend | J | T | | | | | |
| 99. -CAJ Canon Inc. | A | Dividend | | | Sold | 06/29/12 | J | B | |
| 100. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |
| 101. -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | | | | | |
| 102. -CHK CHESAPEAKE ENERGY | A | Dividend | K | T | Buy | 07/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/23/12 | J | | |
| 104. | | | | | Buy (add'l) | 11/02/12 | J | | |
| 105. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 106. -CF Cf Industries Holdings Inc Com | A | Dividend | | | Sold | 03/19/12 | J | B | |
| 107. -KO COCA COLA CO | A | Dividend | J | T | | | | | |
| 108. -COP CONOCOPHILLIPS | A | Dividend | | | Sold | 06/29/12 | J | B | |
| 109. -COST Costco Wholesale | | None | | | Sold | 01/03/12 | J | A | |
| 110. -DELL DELL COMPUTER CORP | A | Dividend | K | T | Sold (part) | 06/29/12 | J | | |
| 111. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | A | Dividend | K | T | | | | | |
| 112. -XOM Exxon Mobil Corporation Com | A | Dividend | J | T | | | | | |
| 113. -FRFHF Fairfax Financial Com | A | Dividend | | | Sold | 06/29/12 | K | A | |
| 114. -FCEA FOREST CITY ENTERPRISES I | | None | K | T | Buy | 07/02/12 | J | | |
| 115. -FCX Freeport Mcmoran Copper & Gold Cl B | A | Dividend | | | Sold | 06/29/12 | J | | |
| 116. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | Buy (add'l) | 07/02/12 | K | | |
| 117. -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | K | T | | | | | |
| 118. -LUK LEUCADIA NATL CORP | A | Dividend | K | T | Sold (part) | 01/03/12 | J | | |
| 119. | | | | | Buy (add'l) | 07/05/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -L LOEWS CORPORATION | A | Dividend | L | T | Buy (add'l) | 12/14/12 | J | | |
| 121.  -MKL MARKEL CP COM | | None | K | T | | | | | |
| 122.  -MSFT Microsoft Corporation | C | Dividend | M | T | Buy (add'l) | 07/06/12 | K | | |
| 123.  -NBR Nabors Industries Ltd. | | None | | | Sold (part) | 07/17/12 | J | | |
| 124. | | | | | Sold | 10/04/12 | J | | |
| 125.  -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |
| 126.  -NWSA NEWS CORP LTD-SPONSORED A SHS | | None | | | Sold | 01/03/12 | J | B | |
| 127.  -ORCL Oracle Corp Com | A | Dividend | K | T | Buy | 03/22/12 | J | | |
| 128. | | | | | Buy (add'l) | 03/28/12 | J | | |
| 129. | | | | | Buy (add'l) | 04/09/12 | J | | |
| 130.  -PM PHILIP MORRIS INTL COM | A | Dividend | K | T | | | | | |
| 131.  -PSX Philips 66 (spinoff of Conoco Philips) | A | Dividend | | | Spinoff (from line 108) | 05/01/12 | J | | |
| 132. | | | | | Sold | 06/29/12 | J | A | |
| 133.  -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | | | | | |
| 134.  -RDSA ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | A | Dividend | | | Sold | 03/19/12 | J | B | |
| 135.  -TWC Time Warner Cable Inc Com | A | Dividend | | | Sold | 06/29/12 | J | C | |
| 136.  -TKOMY TOKIO MARINE HOLDINGS INC SPON | A | Dividend | | | Sold | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -WMT Wal-mart Stores Com | B | Dividend | L | T | | | | | |
| 138. -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 139. Brokerage Account #8 | | | | | | | | | |
| 140. -MO ALTRIA GROUP INC | A | Dividend | J | T | | | | | |
| 141. -AMZN Amazon.com Inc. | | None | | | Sold | 06/29/12 | J | B | |
| 142. -AAPL Apple Inc. | A | Dividend | K | T | | | | | |
| 143. -BRKB BERKSHIRE HATHAWAY INC-DE | | None | M | T | Buy (add'l) | 07/06/12 | K | | |
| 144. -BAM BROOKFIELD ASSET MGMT INC COM | B | Dividend | M | T | Sold (part) | 03/12/12 | J | | |
| 145. -CA ST Rev. Anticip. Note ( ▓▓▓ - municipal security | | None | M | T | Buy | 08/17/12 | M | | |
| 146. -COSWF CANADIAN OIL SANDS TR NEW UNIT | C | Dividend | K | T | Sold (part) | 08/08/12 | J | | |
| 147. | | | | | Sold (part) | 11/23/12 | J | | |
| 148. - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | K | T | | | | | |
| 149. -CX Cemex, S.A.B. De C.V. Sponsored | | None | J | T | Buy | 04/16/12 | J | | |
| 150. -CF Cf Industries Holdings Inc Com | A | Dividend | | | Sold | 03/19/12 | J | B | |
| 151. -CHK Chesapeake Energy Corp Com | A | Dividend | K | T | Buy | 07/12/12 | J | | |
| 152. | | | | | Buy (add'l) | 11/08/12 | J | | |
| 153. -C Citigroup Inc Com | A | Dividend | | | Sold | 06/29/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -COP CONOCOPHILLIPS | A | Dividend | | | Sold | 06/29/12 | J | B | |
| 155. -COST Costco Wholesale | | None | | | Sold | 01/03/12 | J | B | |
| 156. -DELL DELL COMPUTER CORP | A | Dividend | K | T | Sold (part) | 06/29/12 | J | | |
| 157. -DEO DIAGEO PLC-SPONSORED ADR NEW REPSTG 4 ORD SHS | B | Dividend | L | T | | | | | |
| 158. -FRFHF Fairfax Financial Corn | A | Dividend | | | Sold | 06/29/12 | J | A | |
| 159. -FCEA FOREST CITY ENTERPRISES I | | None | L | T | | | | | |
| 160. -FCX Freeport Mcmoran Copper & Gold Cl B | A | Dividend | | | Sold | 06/29/12 | J | A | |
| 161. -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 162. -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | K | T | | | | | |
| 163. -IVSBF Investor Ab Cl B Ord | A | Dividend | | | Sold | 06/29/12 | J | | |
| 164. -LUK LEUCADIA NATL CORP | | None | J | T | Sold | 01/03/12 | J | | |
| 165. | | | | | Buy | 12/21/12 | J | | |
| 166. -L LOEWS CORPORATION | A | Dividend | L | T | Buy (add'l) | 11/14/12 | J | | |
| 167. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 168. -MKL MARKEL CP COM | | None | K | T | | | | | |
| 169. -MSFT Microsoft Corporation | B | Dividend | K | T | | | | | |
| 170. -NSRGY NESTLE SA SPONSORED ADRS REGISTERED | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -ORCL Oracle Corp Com | A | Dividend | J | T | Buy | 03/23/12 | J | | |
| 172.  -PM PHILIP MORRIS INTL COM | A | Dividend | J | T | | | | | |
| 173.  -PSX Phillips 66 Com (spinoff from COP) | | None | | | Spinoff (from line 154) | 05/01/12 | J | | |
| 174. | | | | | Sold | 06/29/12 | J | A | |
| 175.  -PXD Pioneer Natural Resources Compa | A | Dividend | L | T | Buy (add'l) | 07/02/12 | K | | |
| 176.  -TWC Time Warner Cable Inc Com | A | Dividend | | | | | | | |
| 177.  -TWX Time Warner Inc. | A | Dividend | | | | | | | |
| 178.  -TKOMY TOKIO MARINE HOLDINGS INC SPON | A | Dividend | | | Sold (part) | 06/18/12 | J | | |
| 179. | | | | | Sold | 06/29/12 | J | | |
| 180.  -TYIDF TOYOTA INDUSTRIES | A | Dividend | | | Sold | 06/29/12 | L | B | |
| 181.  -TEL TYCO ELECTRONICS LTD COM | A | Dividend | | | Sold | 03/19/12 | J | B | |
| 182.  -WMT Wal-mart Stores Com | A | Dividend | K | T | | | | | |
| 183.  -YUM YUM BRANDS | A | Dividend | K | T | | | | | |
| 184.  Brokerage Account #9 | | | | | | | | | |
| 185.  MO ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 186.  -BRKB BERKSHIRE HATHAWAY INC-DE | | None | L | T | Buy (add'l) | 12/06/12 | K | | |
| 187.  - Cash (TD Bank USA FDIC ins. dep.) and cash | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -CX Cemex, S.A.B. De C.V. Sponsored | A | Dividend | K | T | Buy (add'l) | 04/13/12 | J | | |
| 189.  -CHK Chesapeake Energy Corp Com | | None | K | T | Buy | 12/10/12 | J | | |
| 190. | | | | | Buy (add'l) | 12/13/12 | J | | |
| 191.  -C Citigroup Inc Com | A | Dividend | | | Sold | 06/29/12 | J | | |
| 192.  -KO COCA COLA CO | B | Dividend | K | T | | | | | |
| 193.  -DELL DELL COMPUTER CORP | A | Dividend | K | T | Buy (add'l) | 12/17/12 | J | | |
| 194.  -XOM Exxon Mobil Corporation Com | A | Dividend | K | T | Sold (part) | 01/03/12 | J | A | |
| 195.  -FCEA FOREST CITY ENTERPRISES I | | None | K | T | | | | | |
| 196.  -GE GENERAL ELECTRIC CO | A | Dividend | K | T | | | | | |
| 197.  -HUWHY Hutchison Whampoa Ltd Adr | A | Dividend | J | T | | | | | |
| 198.  -LUK LEUCADIA NATL CORP | A | Dividend | K | T | | | | | |
| 199.  -L LOEWS CORPORATION | B | Dividend | K | T | | | | | |
| 200.  -MKL Markel Corp Com | | None | J | T | Buy | 12/20/12 | J | | |
| 201.  -MSFT Microsoft Corporation | B | Dividend | L | T | Buy (add'l) | 12/31/12 | J | | |
| 202.  -NBR Nabors Industries Ltd. | | None | | | Sold | 10/04/12 | J | | |
| 203.  -ORCL Oracle Corp Com | A | Dividend | J | T | Buy | 04/10/12 | J | | |
| 204.  -OSH Orchard Supply Hardware (spin-off from Sears) | | None | | | Spinoff (from line 218) | 01/03/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crawford, Karen S. | 09/05/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 06/29/12 | J | A | |
| 206. -OSHSP Orchard Supply Hardware Pfd Ser A (spinoff fr Sears) | | None | | | Spinoff (from line 218) | 01/03/12 | J | | |
| 207. | | | | | Sold | 06/29/12 | J | A | |
| 208. -PM PHILIP MORRIS INTL COM | C | Dividend | M | T | Sold (part) | 10/02/12 | K | D | |
| 209. -PXD Pioneer Natural Resources Compa | A | Dividend | K | T | Sold (part) | 01/03/12 | J | A | |
| 210. | | | | | Sold (part) | 01/12/12 | J | B | |
| 211. | | | | | Sold (part) | 01/19/12 | J | A | |
| 212. | | | | | Buy (add'l) | 06/25/12 | J | | |
| 213. -SEARF Sears Canada Inc. (spinoff from Sears) | A | Dividend | J | | Spinoff (from line 218) | 11/14/12 | J | | |
| 214. -SHOSR Sears Holding Corp Rights Exp 10/08/12 | | None | | | Spinoff (from line 218) | 09/18/12 | J | A | |
| 215. | | | | | Sold | 09/20/12 | J | A | |
| 216. -TBT Proshares Ultrashort Lehman 20 Yr Treas - ETF | | None | | | Sold (part) | 03/22/12 | J | | |
| 217. | | | | | Sold | 06/29/12 | J | | |
| 218. -SHLD SEARS ROEBUCK & CO | | None | K | T | Sold (part) | 03/02/12 | J | B | |
| 219. Treasury Bonds - TIPS | B | Interest | N | T | Buy (add'l) | 12/20/12 | L | | |
| 220. -WMT Wal-mart Stores Com | B | Dividend | K | T | Sold (part) | 03/12/12 | J | B | |
| 221. | | | | | Sold (part) | 07/20/12 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Crawford, Karen S. | 09/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Karen S. Crawford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544